Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
District of South Carolina ▼

\_\_\_\_Charleston_____ Division

RCVD - USDC - CHAS, SC
2025 OCT 20 PM3:43

| | |
|---|---|
| Penny Mayton <br><br>*Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br>-v- <br><br> The Citadel <br><br> *Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 2:25-cv-13056-DCN-MHC <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔Yes ☐No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Penny Mayton |
   | Street Address | 230 Tuscany Court, |
   | City and County | Ladson, Dorchester |
   | State and Zip Code | SC 299456 |
   | Telephone Number | 804-514-5557 |
   | E-mail Address | pennymayton@hotmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: The Citadel
- Job or Title *(if known)*:
- Street Address: 171 Moultrie Street
- City and County: Charleston, Charleston
- State and Zip Code: SC 29409
- Telephone Number: (843) 225-3294
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | The Citadel |
| Street Address | 171 Moultrie Street |
| City and County | Charleston, Charleston |
| State and Zip Code | SC 29409 |
| Telephone Number | (843) 225-3294 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔] Other federal law *(specify the federal law)*:
Equal Pay Act (EPA)

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [ ] Termination of my employment.
- [x] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Equal and Fair Pay

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
Aug 2020 and is ongoing as I will show a pattern of pulling applications, denied fair compensation, promot

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race
- [ ] color
- [x] gender/sex
- [ ] religion
- [ ] national origin
- [x] age *(year of birth)* 1969     *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff asserts that The Citadel's blanket denial of disparate treatment, age discrimination, and retaliation is demonstrably false and will be overwhelmingly refuted by the compelling and consistent pattern of evidence to be presented in this action. Specifically, Plaintiff, a female, has been subjected to discriminatory compensation practices, receiving significantly lower pay than male counterparts holding comparable positions within the SC state university systems, constituting a violation of the Equal Pay Act of 1963 and Title VII of the Civil Rights Act of 1964. The Citadel's assertion to EEOC that Plaintiff's accusations lack merit is directly contradicted by a clear and documented record of actions that systematically disadvantaged Plaintiff due to her age. (Continued on additional Page)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
My case was forwarded to EEOC from the State Human Affairs office in June 2025 after their review.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 09/17/2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

E Continued:

Plaintiff, a highly qualified individual with 40 years of business related experience, alleges that Defendant, The Citadel, systematically filled positions with younger, and often less qualified, candidates, or granted promotions to individuals who did not meet the state's standard requirements for the positions without proper posting, thereby demonstrating a clear pattern of age-based disparate treatment. This conduct establishes a prima facie case of discrimination under the ADEA. Furthermore, The Citadel's actions constitute a pretext for discrimination, as evidenced by its manipulation of application processes, including highlighting non-required qualifications or deliberately mischaracterizing Plaintiff's extensive work history to exclude her from consideration for positions for which she was eminently qualified. These actions were taken in unlawful retaliation for Plaintiff's protected complaints regarding fair pay and equitable consideration for promotional opportunities, which are protected activities under federal anti-discrimination statutes. Plaintiff's meticulously documented evidence will demonstrate how The Citadel's employment practices had a discriminatory impact on older workers and were not based on legitimate, non-discriminatory reasons.

Plaintiff further asserts that The Citadel has engaged in a systematic pattern and practice of age and sex discrimination against other older woman on campus. Plaintiff intends to demonstrate, through discovery and subsequent proceedings, that the Defendant's actions are not isolated incidents but rather reflect a broader discriminatory scheme. This will involve presenting evidence of similar adverse employment actions taken against other similarly situated employees within the protected classes, thereby establishing a pattern and practice of discrimination. This pattern of conduct has disproportionately affected older female employees, leading to involuntary separations and in some cases creating hostile work environments. Plaintiff contends that these actions against other older women also constitutes violations of the Age Discrimination in Employment Act (ADEA) and Title VII of the Civil Rights Act of 1964, as amended.

Plaintiff also alleges that The Citadel engaged in a pattern of discriminatory employment practices, specifically disparate treatment in compensation, in violation of Title VII of the Civil Rights Act of 1964, as amended, and potentially the Equal Pay Act of 1963. During the COVID-19 pandemic, Plaintiff was assigned the entirety of OneCard operations, a significant increase in workload and responsibility. Concurrently, a younger employee, who assumed only a few duties from another department, received salary increases at the time of taking on those duties. Plaintiff was repeatedly informed that salaries were frozen due to the pandemic and that no pay raises were being issued. This assertion is directly contradicted by the fact that the younger employee received a raise. For three years, Plaintiff consistently advocated for increased compensation commensurate with her expanded responsibilities. In 2023, Plaintiff received a $1,000 per year bonus, purportedly for the years 2020, 2021, and 2022, and a pay raise commencing in 2023. However, during discovery for the State Human Affairs Department in May 2025, Plaintiff discovered that all auxiliary directors received a pay raise in 2023, despite not being required to assume the workload of an entire department, further evidencing a discriminatory denial of compensation to Plaintiff.

Each of these points, individually and collectively, paints a clear and compelling picture of the discriminatory and retaliatory environment Plaintiff has endured, demonstrating The Citadel's intent to discriminate and retaliate against Plaintiff based on her age, sex, and protected activities.

The plaintiff is seeking immediate equitable relief, including a salary adjustment to market rates, back pay with retirement benefit adjustments, compensation for emotional distress and financial harm, and reimbursement for fees. The requested salary adjustment is sought to be commensurate with responsibilities and comparable to market rates that are paid to employees in HR, Finance, and Administration at The Citadel, as well as compared to other Parking Directors at other South Carolina state colleges/universities. This comprehensive relief package is designed not only to make Plaintiff whole but also to send a clear message that age and pay discrimination will not be tolerated, thereby preventing future discriminatory practices within The Citadel and other public institutions. (Continued on Additional Page)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/20/2025

Signature of Plaintiff

Printed Name of Plaintiff: Penny Mayson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address